IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | **VIOLATIONS:** |
| | ) | 18 U.S.C. § 1344 |
| **TIMO NTOTO,** | ) | (Bank Fraud) |
| **Defendant.** | ) | |

## I N F O R M A T I O N

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully informs the Court that from on or about March 1, 2005, to on or about May 1, 2005, in the District of Columbia and elsewhere, defendant **Timo Ntoto** knowingly executed a scheme and artifice to defraud BB&T Bank, a financial institution and a depository institution, whose deposits are insured by the Federal Deposit Insurance Corporation, and to obtain moneys and funds owned by and under the custody and control of BB&T Bank by means of false and fraudulent pretenses, representations and promises.

It was part of the scheme and artifice to defraud that the defendant, a loan officer for BB&T Bank would authorize loans purportedly secured by real property owned by the loan applicants, when in fact, as defendant well knew, the applicants did not own the real property.

**(Bank fraud, in violation of Title 18, United States Code, Section 1344)**

JEFFREY A. TAYLOR
Attorney for the United States in
and for the District of Columbia
Bar No. 498610

BY: _____
MICHAEL C. LIEBMAN
Assistant United States Attorney
D.C. Bar No. 479562
555 Fourth Street, N.W., room 4231
Washington, D.C. 20530
(202) 353-2385