NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                           Criminal Number  07-0156 (PLF)

Timo Ntoto
    (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Danny C. Onorato (DC Bar #480043)
_(Attorney & Bar ID Number)_

Schertler & Onorato, LLP
_(Firm Name)_

601 Pennsylvania Avenue, NW, North Building, 9th Floor
_(Street Address)_

Washington, DC 20004
_(City)   (State)   (Zip)_

(202) 628-4199
_(Telephone Number)_