UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. Action No. 07-0156 (PLF) |
| ) | The Honorable Paul L. Friedman |
| TIMO NTOTO, ) | |
| ) | |
| Defendant ) | |
| ) | |

### CONSENT MOTION TO RESCHEDULE PLEA HEARING

COMES NOW, Defendant, Timo Ntoto, through undersigned counsel, and respectfully requests that this Court reschedule the plea hearing in this matter, until July 18, 2007. As grounds for the motion, counsel states as follows. Mr. Ntoto is temporarily outside of the United States and, due to circumstances beyond his control, he could not make the previously scheduled plea date. He will be arriving in the United States on Friday, July 13, 2007. As such, he requests that the matter be rescheduled until a time convenient to the Court on July 18, 2007. Assistant United States Attorney Julianne Himelstein does not oppose the request.

WHEREFORE, the parties respectfully request that the plea hearing be rescheduled for July 18, 2007.

Date:  July 12, 2007                                      Respectfully submitted,

SCHERTLER & ONORATO, LLP


                                                          _____/S/_____
                                                          Danny Onorato (D.C. Bar No. 480043)
                                                          601 Pennsylvania Avenue, NW
                                                          North Building, 9th Floor
                                                          Washington, DC  20004
                                                          Tel. (202) 628-4199
                                                          Fax: (202) 628-4177

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Crim. Action No. 07-0156 (PLF) |
|  | ) | The Honorable Paul L. Friedman |
| **TIMO NTOTO,** | ) ) | |
| **Defendant** | ) ) | |

### ORDER

Upon consideration of the Consent Motion to Reschedule Plea Hearing, and good cause having been shown, it is this, _____ day of July 2007, **ORDERED** that the motion be, and hereby is, **GRANTED**, and it is,

FURTHER ORDERED that sentencing shall be continued until July 18, 2007 at _____ a.m./p.m.

SO ORDERED, this _____ day of July, 2007

                                                  The Honorable Paul L. Friedman
                                                United States District Judge

Copies to:

AUSA Julianne Himelstein
United States Attorneys Office
  for the District of Columbia
555 Fourth Street, N.W.
Washington, DC 20001

Danny Onorato, Esq.
Schertler & Onorato, LLP
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004