**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

United States of America

v.

Case No. _07M-156 (PLF)_

Defendant's name: TIMO ALEVANGU NTOTO

Defendant's address: ____    Defendant's phone no. ____

## YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:

| PERSONAL PROMISE | [✓] | **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court. |
|---|---|---|
| | [ ] | **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court. |
| OF | [ ] | **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court_____%. |
| | [ ] | **SURETY BOND.** Upon execution of appearance bond with approved surety. |

FILED
JUL 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:

| | | |
|---|---|---|
| [ ] 1) | **SUPERVISORY CUSTODY** | You hereby agree to be placed in the custody of _____ who agrees (a). to supervise you in accordance with the conditions below, (b). to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c). to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone — 727-2800. |

Custodian's name _____
Custodian's address _____
Custodian's phone no _____

SIGNATURE OF CUSTODIAN _____

| [✓] 2) | **YOU ARE TO REPORT** | [✓] weekly [ ] _Today, 7/18/07 for evaluation_ [ ] in person [✓] by phone [ ] other-specify | **TO** | [✓] THE D.C. PRETRIAL SERVICES AGENCY AT 727-2800. 442-1000 [ ] Your attorney, whose name and address is shown below. |
|---|---|---|---|---|

| [✓] 3) | **YOU ARE TO LIVE** | [✓] at _above address_  address ____ phone no. ____ |
|---|---|---|
| | | [ ] with ____  name and relationship to defendant ____ phone no. ____ |
| | | [ ] at ____ address ____ phone no ____ being in at night by ____ P.M. time |

| [ ] 4a) | **YOU ARE TO WORK** | [ ] by obtaining a job within____days and reporting it to the D.C. Pretrial Services Agency at 727-2800. 442-1000 |
|---|---|---|
| | | [ ] by maintaining your job at ____  Employer's name and address |

| [ ] 4b) | **YOU ARE TO STUDY** | [ ] by enrolling in school at ____  name and address |
|---|---|---|
| | | [ ] by maintaining your student status at ____  name and address |

| [✓] 5) | **YOU ARE TO STAY** | [ ] away from the complaining witness. | [✓] Within the D.C. area _Metropolitan area_ |
|---|---|---|---|

| [✓] 6) | **NARCOTICS** | _Report to PSA Room C-220 for evaluation + if positive program placement by PSA_ |
|---|---|---|

| [✓] 7) | **OTHER CONDITION** | _Surrender all passports + visas + within ____ hours verify address with PSA within 24 hours_ |
|---|---|---|

| [✓] 8) | **REARREST** | Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at _$10,000_ |
|---|---|---|

_Do not apply for or possess a passport or visa_

You are instructed that any violation of a condition of release may result in revocation of release, pretrial detention or contempt. If you willfully fail to appear as required, you will be subject to prosecution and if convicted, the maximum penalties are indicated on the reverse side. Furthermore, your release is subject to the terms and conditions contained on the reverse side which are incorporated in and made a part of this order, which by your signature below you certify you have read and understand.

| **NEXT DUE BACK** | in Courtroom _29A_ at _9:00_ [AM/PM] on _9/28/2007_ or when notified and you must appear at all subsequent continued dates. You must also appear _AS Directed_ | **YOUR ATTORNEY** _DANNY C. ONORATO_  name _601 Pennsylvania Ave, NW_  address _Washington, DC 20004_  phone no. _(202) 628-4199_ |
|---|---|---|

**DEFENDANT'S SIGNATURE** ►

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required.

**WITNESSED BY** _Michele Moon_ (title and agency) _Deputy Clerk, U.S. Dist Court_

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., FIRST FLOOR, TELEPHONE NUMBER 727-2800, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

WHITE—TO COURT PAPERS
BLUE—TO JUDGE
GREEN—TO D.C. PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U.S. ATTORNEY
GOLDENROD—TO DEFENDANT

Date _7/18/07_

**SO ORDERED**

► _Paul L. Friedman_
Signature of Judge