## STATEMENT OF THE OFFENSE

CR 07-156-PLF

During the period March 1, 2005, to May 1, 2005, defendant Timo Ntoto was employed as an assistant vice president with BB&T Bank, a financial institution and an insured depository institution, at BB&T's offices in Washington, D.C., where he was authorized to approve loans.

FILED
JUL 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On or about March 22, 2005, defendant Ntoto authorized two BB&T loans, in the amount of $78,336.80, and in the amount of $77,740.80, both to one Yves Lassang, which loans were to be secured, respectively, by property located at 3001 Chelsea Terrace, in Baltimore, and property located at 712 Whitemore Avenue, also in Baltimore, which properties were purportedly owned by Mr. Lassang. In fact, as defendant Ntoto knew well at the time, Mr. Lassang did not own either Baltimore property.

On or about March 27, 2005, defendant Ntoto authorized two BB&T loans in the amount of $74,604, and in the amount of $73,520, both to one Nathalie Kazumba, which loans were to be secured, respectively, by property located at 2653 South Paca Street, in Baltimore, and property located at 5457 Jonquil Avenue, also in Baltimore, which properties were purportedly owned by Ms. Kazumba. In fact, as defendant Ntoto knew well at the time, Ms. Kazumba did not own either Baltimore property.

On or about April 27, 2005, defendant Ntoto authorized a BB&T loan in the amount of $73,130 to one Budibunene Ngandu, which loan was to be secured by property located at 3009 Garrison Boulevard, in Baltimore, which property was purportedly owned by

Mr. Ngandu.  In fact, as defendant Ntoto knew well at the time, Mr. Ngandu did not own the property.

### Defendant's Acceptance of Statement of Offense

I have read this Statement of Offense and Factual Proffer and carefully reviewed every part of it with my attorney.  I am fully satisfied with the legal services provided by my attorney in connection with this and all matters relating to it.  I fully understand this Statement of Offense and voluntarily agree to it.  No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.  No agreements, promises, understandings, or representations have been made with, to, or for me other than those in the plea agreement filed in connection with this case.

Date: 7/18/07

_____
Timo Ntoto, defendant

### Defense Counsel's Acknowledgment

I am the attorney for defendant Timo Ntoto.  I have reviewed every part of this Statement of Offense with him.  It accurately and completely sets forth the Statement of Offense and agreed to by the defendant and the government.

Date: 7/18/07

_____
Danny O. Onorato, Esquire
Attorney for defendant Timo Ntoto