AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

FILED
JUL 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

TIMO NTOTO

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-156 (PLF)

I, __TIMO NTOTO__, the above named defendant, who is accused of

__Bank Fraud (18 U.S.C. 1344)__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7/18/2007__ prosecution by indictment and consent that the
                                    Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before __Paul L. Friedman__
          Judicial Officer