UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. Action No. 07-0156 (PLF) |
| ) | The Honorable Paul L. Friedman |
| TIMO NTOTO, ) | |
| ) | |
| Defendant ) | |
| ) | |

**CONSENT MOTION TO CONTINUE SENTENCING**

Defendant Timo Ntoto, by and through undersigned counsel, respectfully requests that this Court continue sentencing in this matter, currently scheduled for September 28, 2007, until a date on or after October 29, 2007. As grounds for the motion, counsel states as follows.

As the Court is aware, Mr. Ntoto faces deportation as a result of his guilty plea in the instant case. Despite diligent efforts, Mr. Ntoto has been unable to conclude all personal matters, including completing some work-related transactions in the United States. He anticipates needing an additional four weeks in which to conclude those matters.

Neither party will be prejudiced by a brief continuance of the sentencing date. Assistant United States Attorney Julianne Himelstein does not oppose the request.

2

WHEREFORE, the parties respectfully request that the sentencing hearing be rescheduled for a date after October 29, 2007.

Date:  September 20, 2007                                    Respectfully submitted,

SCHERTLER & ONORATO, LLP

_____/S/_____
Danny Onorato (D.C. Bar No. 480043)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC  20004
Telephone:  (202) 628-4199
Facsimile:  (202) 628-4177

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. Action No. 07-0156 (PLF) |
| ) | The Honorable Paul L. Friedman |
| TIMO NTOTO, ) | |
| ) | |
| Defendant ) | |
| ) | |

**ORDER**

Upon consideration of the Consent Motion to Continue Sentencing, and good cause having been shown, it is this, _____ day of September 2007, **ORDERED** that the motion be, and hereby is, **GRANTED**, and it is,

FURTHER ORDERED that sentencing shall be continued on _____ _____, 2007 at _____ a.m./p.m.

SO ORDERED, this _____ day of September, 2007

                                               The Honorable Paul L. Friedman
                                               United States District Judge

Copies to:

AUSA Julianne Himelstein
United States Attorneys Office
  for the District of Columbia
555 Fourth Street, N.W.
Washington, DC 20001

Danny Onorato, Esq.
Schertler & Onorato, LLP
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004