**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Crim. Action No. 07-0156 (PLF)** |
| ) | **The Honorable Paul L. Friedman** |
| **TIMO A. NTOTO,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## MEMORANDUM IN AID OF SENTENCING

Timo Aleyangu Ntoto, by and through undersigned counsel, respectfully submits this Memorandum in Aid of Sentencing setting forth all factors the Court should consider in determining what type and length of sentence is sufficient, but not greater than necessary, to comply with the statutory directives set forth in 18 U.S.C. § 3553(a). Mr. Ntoto respectfully requests that the Court, after considering his background and the totality of the record, including the advisory sentencing guideline range, sentence him to a period of 12 months and one day. As grounds for this request, Mr. Ntoto states as follows:

### I.    INTRODUCTION

Timo Ntoto stands before the Court having entered a plea of guilty to one count of bank fraud, in violation of 18 U.S.C. § 1344. Mr. Ntoto is extremely remorseful for his conduct in this case. Indeed, he has agonized greatly over his actions. We respectfully request that the Court, after balancing the factors enumerated in 18 U.S.C. § 3553, sentence Mr. Ntoto to a period of one year and one day of incarceration.

### II.    OFFENSE CONDUCT

As a threshold matter, Mr. Ntoto acknowledges that all of his actions in this case were wrong and are in no way justifiable. In March and April of 2005, Mr. Ntoto authorized loans to

three separate individuals based on collateral he knew those individuals did not own.  Though improper, Mr. Ntoto's actions in this case were aimed at helping these individuals during periods of financial difficulty.  Although Mr. Ntoto knew that it was wrong to "bend" the rules to help these individuals, he believed that no harm would ever come to the bank because the loans would be repaid as specified by the loan agreements.  Indeed, two of the three loans are current on their loan payment schedule.

The bank discovered Mr. Ntoto's actions when one individual began having trouble making payments on the loan and the loan went into default status.  Mr. Ntoto quickly attempted himself, and through counsel, to take over making payments on the loan.  Because the original loan was in default and fraudulent, the bank would not accept payment from Mr. Ntoto and would not discuss the matter with counsel.

In approximately August of 2006, undersigned counsel contacted the United States Attorney's Office with permission from Mr. Ntoto and spoke to a supervisor in the District Court section well before a criminal referral had been made by the bank to the Federal Bureau of Investigation.  The purpose of the call was to discuss a possible early resolution of the matter, which occurred in this matter.  Further, as we detail below, Mr. Ntoto voluntarily returned to the United States from the Democratic Republic of Congo, a country with which the United States does not have an extradition treaty.  We respectfully submit that Mr. Ntoto's actions saved the government valuable resources, time, and expense by taking responsibility for his actions.

Mr. Ntoto does not offer this explanation as an excuse for his actions.  He knows that what he did was wrong, and he is embarrassed and sorry for his conduct.

### III.  PERSONAL BACKGROUND OF MR. NTOTO

#### A.  Upbringing and family

Tito Ntoto was born in the Democratic Republic of Congo on August 4, 1975.  Mr. Ntoto is one of six children born to Damase and Ayemwole Ntoto.  Though he was raised by both parents in an economically stable environment, his social environment was less stable.  Mr. Ntoto's father physically abused his mother, and his parents frequently fought, often about his father's extramarital relationships.  Mr. Ntoto has five half-siblings as a result of those relationships.  Nevertheless, Mr. Ntoto remains very close to both parents as well as to his siblings, who are spread out all over the world from the Congo to France to South Africa to Belgium.  Mr. Ntoto stays in regular contact with his family and is one of the primary forces holding his family together.  The entire family relies heavily on him for both financial and emotional support.

Mr. Ntoto has never been married and has no children of his own.

#### B.  Educational Background

Mr. Ntoto received his high school degree from Gulesverne, Mauritius School in the Mauritius Islands.  In May of 1998, he received a Bachelor of Science Degree in Corporate Finance from Lyon III University in Lyon, France.  He subsequently earned a Master's Degree in Business Administration in Financial Institutions/Commercial Banking from the University of North Carolina in December of 2006.  Mr. Ntoto is fluent in English, French, and Swahili.

#### C.  Work History

Mr. Ntoto is a gem trader by trade and has spent the past few years buying and selling rare gems and stones.  He often travels abroad as a result of his work.

**IV.**    **ADVERSE CONSEQUENCES SUFFERED AS A RESULT OF HIS CONDUCT**

Mr. Ntoto's wrongful actions surfaced in July of 2006. Since then he has had a difficult time dealing with the stress associated with the ramifications of his actions. First, the prospect of going to federal prison has caused Mr. Ntoto great anxiety. He has had difficulty coping with this fact. Further, while Mr. Ntoto drank "socially" before these charges, the strain of the current situation and his distress over the pain he has caused those he loves has caused Mr. Ntoto to drink more than usual in the recent months. These circumstances have made it very difficult on him, although he blames no one but himself for his troubles.

Most significantly, conviction for the instant offense will result in Mr. Ntoto being deported from the United States back to the Democratic Republic of Congo. Mr. Ntoto has been living in the United States since 1998, and it has become his home. His friends and many people he cares deeply about live here. Moreover, his established livelihood is here—since late 2005, Mr. Ntoto has run a successful gemstone trading business in the Washington, D.C. metro area.

Mr. Ntoto understands that he is solely responsible for his conduct in this case. He realizes that, in addition to the pain he has caused himself, his family has also suffered greatly. His family is aware of the current criminal charges, and, although "broken hearted," they remain supportive. Mr. Ntoto's younger brother Oliver describes his brother Tito as a "hardworking, down-to-earth, rational person, with a lot of common sense." He confirms that Tito supports his family financially and notes that "consequences might be dramatic" for the family if anything happened to Mr. Ntoto. In addition to the financial concerns, both Mr. Ntoto's parents are older and have health problems. Mr. Ntoto's legal problems have had a serious effect on his parents' mental and physical condition. Both of his parents have high blood pressure and his father is diabetic.

4

## V.    SPECIAL CIRCUMSTANCES WARRANTING CONSIDERATION OF DEPARTURE FROM SENTENCING GUIDELINES

Ordinarily, this Court has discretion to depart from the Sentencing Guidelines if the Court finds "there exists an aggravating or mitigating circumstance of a kind, or to a degree, not adequately taken into consideration" by the guidelines. *See* 18 U.S.C. 3553(b); U.S.S.G. 5K2.0. Before a departure is permitted, the court must find that aspects of the case are "unusual enough for it to fall outside the heartland of cases in the Guidelines." *See Koon v. United States*, 518 U.S. 81, 98 (1996).

In such extraordinary circumstances, allowing a sentencing court to depart from the Guideline range adheres with the Sentencing Commission's express acknowledgment that "it is difficult to prescribe a single set of guidelines that encompass the vast range of human conduct potentially relevant to a sentencing decision." U.S.S.G. ch. l, pt. A, 4(b). The Eleventh Circuit recently reaffirmed this policy, asserting that "[i]nstead of concrete legal rules" courts look to a range of factors including voluntariness, efforts to make restitution, percentage of funds restored, timing of restitution, and demonstration of sincere remorse and responsibility. *United States v. Kim,* 364 F.3d 1235, 1244 (11th Cir. 2004). *See also United States v. Oligmueller,* 198 F.3d 669, 672 (8th Cir. 1999); *United States v. Hairston,* 96 F.3d 102, 108-9 (4th Cir. 1996); *United States v. DeMonte,* 25 F.3d 343, 347 (6th Cir. 1994); *United States v. Lieberman,* 971 F.2d 989, 996 (3d Cir. 1994).

### A.    Guideline Departure Based on Status as Removable Alien

The Government and Mr. Ntoto agree that, based on Mr. Ntoto's status as a removable alien, a downward departure of six (6) months is warranted pursuant to *United States v. Smith*, 27 F.3d 649 (D.C. Cir. 1994). *See also* U.S.S.G. § 5K2.0(2)(B).

## VI.    SENTENCING FACTORS

We would respectfully ask the Court, after consideration of the factors set forth in 18 U.S.C. § 3553(a), to sentence Mr. Ntoto to a sentence of one year and a day of incarceration.

### A.    The Nature and Circumstances of the Offense and History and Characteristics of the Defendant

#### 1.    Nature and Circumstances of Offense

We recognize that the facts and circumstances surrounding this crime are serious. Mr. Ntoto has paid, and will continue to pay, a high price for his conduct. He will be incarcerated; he will lose civil liberties; and, most significantly, upon his release from prison, he will be deported from the United States.

As discussed above, however, Mr. Ntoto did make extraordinary efforts to return to the United States and face this criminal charge. Since August of 2006, Mr. Ntoto has traveled abroad on at least two occasions and has spent significant periods of time outside of the country. He knew that it would have been a difficult endeavor for the government to extradite him in this matter. Indeed, Mr. Ntoto comes from the Congo, a country that is divided in two. Recently, there has been much civil unrest in the Congo, and Mr. Ntoto had troubling traveling back to the Untied States for his plea because of the unrest. Nevertheless, Mr. Ntoto made great efforts to come here to answer to these charges because his conscience has bothered him. We submit that the Court should weigh this heavily in reaching the appropriate sentence.

Moreover, as the Court is aware, Mr. Ntoto has no criminal history points. Finally, Mr. Ntoto's actions occurred on a limited number of occasions over a relatively short period of time. This is not the case of someone who defrauded or embezzled over a period of months or years on numerous occasions. Instead, Mr. Ntoto only made the fraudulent loans on three separate occasions—March 22, March 27, and April 27, all within a 5-week span. This is also not a case

where Mr. Ntoto continued his fraudulent actions until he was caught.  To the contrary, Mr.

Ntoto's actions were not discovered until over a year after he made the last improper loan.  Mr.

Ntoto made the loans to help three individuals facing financial hardship, and then he stopped.

His actions are inconsistent with someone engaged in an on-going pattern of criminal behavior.

### 2.    History and Characteristics of Mr. Ntoto

We respectfully submit that the only way that the Court can truly get a proper assessment

of Mr. Ntoto's characteristics and history is through people that know Mr. Ntoto.  As such, we

have attached Exhibits A-M.  Here are some excerpts that illustrate Mr. Ntoto's true character:

- Dr. Sabine Thomas, N.D., a Naturopathic Physician who teaches at Bastyr University in Washington State, speaks highly of Mr. Ntoto's genuine character and drive to succeed:  "Mr Ntoto is value oriented and has a solid sense of industrious responsibility.  He has proven to be hardworking and gifted with a strong sense of entrepreneurship.  Mr. Ntoto is [also] extremely family-oriented and as such makes it a priority to remain a role model for his siblings."

- Father Jean-Claude Atusemeso, of St. Mary's Catholic Church in Alexandria, Virginia, speaks of Mr. Ntoto's virtue and commitment to his faith, as well as his dedication to the Congolese community:  "Timo is a devoted and God-fearing Christian with deep-rooted family values.  For Timo, family and community always come first.  He is also a very visible and involved figure in the Congolese community.  Timo has always been present; ready to support and share other people's grief … and honors the community with his presence during joyful events such as births, graduations, or marriages.  Beyond doubt, Timo is a good and nice person, full of life and hope for a better and brighter future."

- Mr. Ntoto's good friend, Ms. Carine Szczeniowska, also speaks to his caring and hardworking nature:  "Mr. Ntoto is one of my most cherished friends.  He has always been the kind of person one could count on.  Timo has always worked hard and earned all he possesses.  Throughout his journey, he has managed to stay optimistic and strong.  He is truly an exceptional person with a big heart and an amazing work ethic and I am lucky to call him my friend."

- Mr. Anthony Hsu, a business associate of Mr. Ntoto, testifies to the exceptional dedication that Mr. Ntoto has shown towards the people of Africa.  "Timo [has the] greater goal of making solid commitments and contributions to economic and social development in local communities in Africa.  [He has] real commitment towards building opportunities for families and communities in Africa through business.  Mr.

Ntoto is someone whom I believe has and will continue having a real enriching impact in other people's lives."

- Mr. Andjelo C. Mwembya, Executive Consultant for Epical Investments LLC, attended University of North Carolina at Charlotte with Mr. Ntoto. Mr. Mwembya credits Mr. Ntoto with great drive and ambition in both academics and professional goals, as well as his commitment to the African and Congolese communities. Mr. Mwembya also acknowledges Mr. Ntoto as a real professional. "Timo has helped a lot of African and Congolese in achieving financial security in America and living the American dream. Timo is a very intelligent person with a great sense of security towards his family. Timo is also a very trustworthy and dependable person. He has always come through and honors all of his engagements. I have always been impressed with his professionalism, his knowledge, and his ability to make things happen."

- Mr. Alex O. Amaechi, longtime friend of Mr. Ntoto, acknowledges Mr. Ntoto's great spirit and sense of generosity. "I have known Timo as a hardworking, motivated and trustworthy person. He is passionate about seeing people around him succeed as well. He is always willing to help his friends. Timo is a very loving and caring person. He has always been very supportive of his friends, and has been a great source of inspiration in the African community. I have high respect in his deep sense of honor. Timo goes out of his way to support and accommodate other people."

- Ms. Michelle Hammonds, a friend and professional associate, states that Mr. Ntoto seems to exemplify so many great qualities of a successful business person, "such as honesty, integrity, reason, independent thinking, productivity, justice, pride, self-esteem, teamwork, and reality. I think that Timo exemplifies these qualities in everyday life. Family ties are very important to him. He is very protective and concerned for his siblings and would go to the ends of the earth to help his family. He has always been trustworthy and loyal."

- Mr. Christian Banguli, a Marketing Manager with United Ways Trading Company in Dubai, U.A.E., speaks highly of Mr. Ntoto's sense of compassion and commitment to others: "Mr Ntoto is truly a person with an international dimension and possesses a unique ability to level up, connect, and care for any person from any race, gender or geographical origin. He is really a 'citizen of the world' with a huge heart. Timo is humble, caring and encouraging."

- Mr. Ntoto's uncle, Mr. Jean Hubert Lupaya, speaks of Mr. Ntoto's virtue and commitment to succeed despite his humble roots: "Timo has witnessed poverty and suffering first hand… he has a big heart; he is always ready to help his fellow human beings. He is caring and loving enough to want to help others when he can; human and still courageous, honest, and responsible enough to come forward and face this situation while he could have cowardly run away."

- Mr. Ntoto's good friend, Mr. Victor Onyeoziri, also speaks to his hardworking and compassionate nature: "I have much praise for his willingness to put his time, his knowledge, and his relations at the service of people who were in need of it. Timo has been a great source of inspiration and support to the African community. His vision and passion has allowed him to make great contribution to his community by helping many Africans to economically grow, do well and financially excel and become positive citizens in America."

- Ms. Kavira I. Hoane, a good friend to Mr. Ntoto, can speak to his exceptional dedication to both his career and his family. "I have been most impressed by his ethic and integrity. Timo's love for his parents and siblings is quite remarkable. He has quite a sense of responsibility. I am truly proud to count him as my friend."

- Mr. Chris Amaize, another close friend to Mr. Ntoto, credits Mr. Ntoto with great drive and ambition in his professional goals, as well as his commitment to African communities. "Timo is a lively and brave person, animated with the desire to pursue a career in international development. He has been committed to put his knowledge, experience and contacts in the USA towards helping local and developing communities in Africa. I commend his vision and inspiration to help people in need in those communities to improve their lives."

- Mr. Tony Akhigbe, another good friend, acknowledges Mr. Ntoto's truly great qualities as a friend and family member: "Timo is a very family oriented person. His family holds a center place in his life. He goes above and beyond to ensure that his family members are doing well. Timo is a very committed individual always ready to provide support and assistance to any person who is in need of it. Timo is a very dependable and responsible individual. I value his friendship."

B.    **Analysis of §§ 3553(a)(2)(A) – (D) factors**

We respectfully submit that a one-year and a day sentence of incarceration in this case is consistent with the factors set forth in the statute. First, because of the immigration issues present, the felony conviction, by itself, has severe ramifications for Mr. Ntoto. Considering this and other circumstances, a one-year sentence will adequately reflect the seriousness of the offense and more than adequately punish Mr. Ntoto for his actions.

Furthermore, because Mr. Ntoto will be deported, the usual deterrence concerns do not apply in this case. Since Mr. Ntoto will not be living in the United States, he will not be able to commit any more crimes. Likewise, any concern about protecting the public from further crimes

is not present.  Moreover, Mr. Ntoto's actions since contacted by BB&T about the current matters underlie the fact that he is deeply remorseful for his conduct and took extraordinary efforts to atone for his actions.  We respectfully submit that when the Court considers the conduct at issue, Mr. Ntoto's acceptance of responsibility, and his lack of criminal history points, a sentence of 12 months and one day is appropriate.

### C.     Advisory Guidelines Range factor as set forth in Section (a)(4)(A)

As the Court is aware, the United States and Mr. Ntoto have agreed to the following terms in a written plea agreement.  Mr. Ntoto's offense level begins at seven (7) pursuant to Section 2B1.1(a)(1) of the guidelines.  It is then increased by 12 levels because the total loss amount was between $200,000 and $400,000.  The government agreed to a three (3) level reduction for acceptance of responsibility and an additional six (6) month reduction for a departure pursuant to *United States v. Smith*, 307 U.S. App. D.C. 199 (1994).  As such, the parties contemplated that the appropriate sentencing range would be 15 to 21 months of incarceration.

The presentence report writer has recommended that the Court increase Mr. Ntoto's base offense level by an additional two levels for an abuse of trust enhancement.  For the reasons that follow, we would urge the Court to reject the probation officer's recommendation.

According to the application notes for U.S.S.G. § 3B1.3, in order for this adjustment to apply, the position of trust must grant "substantial discretionary judgment that is ordinarily given considerable deference."  Further, the position of trust "must have contributed in some significant way to facilitating the commission or concealment of the offense."  *Id.*  Application note 1 makes clear that the enhancement is not to be given in cases such as embezzlement by a bank teller because such a position is not characterized by the above described factors.  We

respectfully submit that Mr. Ntoto's role in this offense could have been committed by a number of different employees at the bank. It was not the position of trust that led to him successfully committing the crime, but the concealment that he had undertaken. As such, we respectfully submit that the enhancement is not applicable.

## VII.  CONCLUSION

Based on the foregoing, and given Mr. Ntoto's early and immediate acceptance of responsibility and his extraordinary voluntary return to the United States when no extradition treaty existed to bring him back, we respectfully request that the Court sentence Mr. Ntoto to a period of twelve months and one day of incarceration coupled with alcohol assessment and treatment if necessary.

Date: October 30, 2007

Respectfully Submitted,

SCHERTLER & ONORATO, L.L.P.

_____/s/_____

Danny C. Onorato (#460043)
Schertler & Onorato, LLP
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, D.C. 20004
Telephone: 202-628-4199
Facsimile: 202-628-4177

# EXHIBIT A



# BASTYR
UNIVERSITY

14500 Juanita Drive N.E.
Kenmore, Washington 98028-4966
(425) 823-1300
FAX (425) 823-6222
www.bastyr.edu

September 6th, 2007

To whom it may concern,

     I am writing to impart upon Mr. Timo Ntoto's character. I have had the privilege of knowing Mr. Ntoto for 29 years.  We both grew up attending the Lycee Francais Blaise Pascal in Lubumbashi, Democratic Republic of Congo (former Zaire). We have continued to keep in touch throughout our college years while both in the United States of America.

On the professional realm, Mr. Ntoto has proven to be hardworking but also gifted with a strong sense of entrepreneurship.  He is value oriented and consequently maintains a solid sense of industrious responsibility. He has remained a supportive, genuine colleague and a loyal friend. The quality that I most appreciate about Mr. Ntoto is his sincerity.  Mr. Ntoto is extremely family oriented and has such makes it a priority to remain a role model for his siblings and is the pride of the family.  He continues to be a leader in the Congolese community and a true inspiration to me.

With the above confident scrutiny, I highly recommend Mr. Ntoto in any capacity that you might engage into with him. Should you need to for further contact me please do so via e-mail at sabine.thomas@bastyr.edu or via telephone at (425) 830-8903.

Sincerely,

Sabine Thomas N.D
Naturopathic Physician
Teaching Fellow
School of Naturopathic Medicine

Natural Medicine • Natural Health Sciences • Applied Behavioral Science

# EXHIBIT B

## SAINT MARY'S CATHOLIC CHURCH
### 310 DUKE STREET
### ALEXANDRIA, VIRGINIA 22314

To Whom It May Concern:

I am Father Jean-Claude Atusameso, from Saint Mary's Catholic Church in Alexandria. Timo has approached me on several occasions for spiritual advice and guidance. For the time I have known him, I can attest that he is a devoted and God fearing Christian with deep rooted family values. For Timo, family and community always come first. Timo will go outside his way to help, support and accommodate his family and friends. His family well being has always been extremely important to him and he has been supporting his siblings and parents financially.

Timo was raised in a Christian family and has inherited solid Christian values from his parents. He is an emotionally and spiritually balanced person with a firm sense of righteousness, equity and responsibility. He is humble enough to admit his faults and seek forgiveness, while courageous enough to repair any wrongdoing.

In addition, I attest that Timo as a value driven individual: he is motivated, hard working and caring; he also has a solid sense of honor, integrity and responsibility. He is a genuine person animated with the desire to make the right thing. He has financially supported Congolese church initiatives (i.e. new church outfit for the choir), and has made generous pledges to the "Faith Forward Campaign" organized by the Diocese of Arlington.

He is also very a visible and involved figure in the Congolese community. On several occasions when the community has suffered the loss of a life, Timo has always been present; ready to support and share other people's grief. He is also very likeable and lively, as he has also honored the community with his presence during joyful events such as births, graduations or marriages.

Beyond doubt Timo is a good and nice person, a bright soul, full of life and hope for a better and brighter future, for himself, his family and his community. May God bless him.

If you have any questions, I can be reached at 703-836-4100 or by e-mail: jeanclaude_atusameso@yahoo.fr

Best regards,


Fr. Jean Claude Atusameso.

# EXHIBIT C

August 27, 2007

To Whom It May Concern:

I, Carine Szczeniowska, have known Mr. Timo Ntoto for approximately ten years and in that decade, he has grown to become one of my most cherished friends.

Mr. Ntoto has always been the kind of person one could count on. When he found out that I was relocating to Washington DC in 2003, without being asked, he took it upon himself to help me find an apartment. After searching and viewing places for an entire month, he found me the perfect place. To top it all, he did this out of the goodness of his heart, never requesting or expecting something in return. At that point, our friendship grew even stronger. In today's world, it is very difficult to meet people of my friend's caliber. I am fortunate to say that my story is only one of many displaying this man's commitment and kindness to friends and family.

Timo Ntoto has always worked hard and earned all that he posses. Upon stepping foot into our American dream land, he has worked several jobs, often hours away from his residence and school, in order to further his education and be an example to others. Throughout this journey he has managed to stay optimistic and strong. I can not stress enough how inspirational and uplifting he has been during my trying times. His overview on life is a true breath of fresh air.

He has often forced me to face my fears and troubles head on, for he believes that one can not truly advance and be at peace without doing so. Mr. Ntoto believes that we all have to be accountable for our actions, regardless of their consequences. He is admirable because he actually walks the walk and when I am in doubt, all I tell myself is: If he can do it, when can't I?

I hope to have been able to give you a little glimpse of who Timo Ntoto is. He truly is an exceptional person with a big heart and an amazing work ethic and I am lucky to call him my friend.

Sincerely,

Carine Szczeniowska

# EXHIBIT D

September 2, 2007

**Re:    Timo Ntoto**

Reply-to:        by.reply@gmail.com

To Whom it Does Concern,

First, my apologies for the electronic signature on this communication; if you have any questions regarding its contents, please contact me by email.  When contacting me by email, **please include Mr. Ntoto 's name in the Subject heading** as well as  your contact details.

Regarding Mr. Ntoto, he is an individual whom I have known for several years after meeting as colleagues in Washington DC.  In my experience with him, he has consistently proven himself to be an inspiring and dedicated individual well-appreciated by his colleagues and clients as having an amicable and forward personality.  Having worked with Mr. Ntoto daily and for long hours at a time, I can assure you that the ideas of these individuals are very well founded.

Despite our respective departures from the company, Timo and I have continued to discuss matters concerning his ambitions and his goals for the future.  In a recent conversation, we discussed his desire to pursue his PhD studies at an international institution with the greater goal of making solid commitments and contributions to economic and social development in local communities in Africa in the near future.

The context of that discussion is particularly illustrative of what I have come to know as his real commitment towards building opportunities for families and communities in Africa through business.  My personal feeling is that this is an important agenda that few people really embark upon.  I command his inspirational and uplifting vision.

Even if he plays just some small part in helping people to realize their capacities to a good stead, I hold that to be immensely valuable.  Mr. Ntoto is someone whom I believe has and will continue having a real enriching impact in other people's lives.

Given this knowledge, I do support Mr. Ntoto on the basis of his good character and his commitment.  He is a welcome mentor and a valued friend capable of sincere understanding and dependability in both professional and personal matters.  Thank you for taking the time to consider my regard for him.

Sincerely,

Anthony Hsu

# EXHIBIT E

# Epical Investments LLC

August 13, 2007

To Whom It May Concern:

I have known Timo Ntoto since, 1998. Timo and I attended the same university in North Carolina at Charlotte. Timo was attending Gradute School, while I was working on by bachelor degree in engineering. I have always known him as a hard working person very dedicated and disciplined. Indeed Timo paid his way through to his master degree with his full time internship at the YMCA and his job on the campus, the campus bookstore. He was attending class full time while working full time.

Today, Timo is also very involved in the African and Congolese community, as a former banker he has helped a lot of African and Congolese in achieving financial security in America and living the American dream. Timo is a very intelligent person with a great sense of responsibility toward his family, friends and community. His self-motivation, discipline, education and his achievements have been and are still a source of inspiration for many of his African peers. I came across a number of people, whom after acquainting with Timo, have decided to go for a higher education and other have pursued a professional training in order to acquire a better job. I decided to clean up my finances and save money to buy properties. I would say that Timo is a role model for many. Timo is also the cornerstone of his family.

Since I know him, his Sunday afternoons have consisted of calling all his 5 siblings and parents who live in France, Belgium, South Africa and Congo. He would spend at least 15 minutes with each person making sure that each one is doing OK, attending school, in good health, and not lacking anything. Family means everything to Timo.

Timo is also a very trustworthy and dependable person. I have conducted several business transactions in the gemstone trade business with Timo. He has always come through and honors all his engagements. I have always been impressed with professionalism, his knowledge and his ability to make things happen.
This is a genuine and truthful description of my good friend and associate Timo Ntoto. I am available to answer any question that you might have.
Sincerely,

Warmest Regards,

Andjelo C. Mwembya
Executive Consultant
(On behalf of Signature Regency Holdings, Ltd, Kembel, Epical Investments LLC and EIG LLC for and on behalf of the **Buyers**)

Cc, Admin.

# EXHIBIT F

To Whom It May Concern:

This is to certify that I have known Timo as a hardworking, motivated and trustworthy person.

He is educated and intelligent with a genuine desire to do well in life.   As Timo want to succeed in his live,

he is also passionate about seeing people around succeed as well.   He is always willing to help his friends.

He has never hesitated to put his time, his knowledge and relations at the service of people who were in

need of it.  Timo is a very loving and caring person. Timo has been a great source of inspiration in the

African community.   He has always been very supportive of his peers.  As a banker, Timo has

helped many people to economically grow, do well and financially excel in America.  I have high respect

in his deep sense of honor. Timo firmly believe that one strongest asset is ones reputation.

He has a profound attachment to his family.  As an African native he was raise to take care of his younger

siblings and his parents in their old age. Today, Timo is very responsible adult, assuming and embracing

g his role of model for his siblings, and financially supporting of his parents.

Great qualities come with great flaws. Indeed, Timo has the weakness that comes with his great attributes.

Timo is too caring, and on way too many occasions, Timo goes outside his way to support and

accommodate other people.

If you have any questions, please feel free to contact me at 301-537-2773

Sincerely,

Alex O Amaechi

# EXHIBIT G

August 14, 2007

To whom it may concern:

I have had the pleasure of knowing Timo Ntoto for six year. During the years of our acquaintance, I have known Timo in various capacities. We started working for the same company on the same day in January of 2001. We attended a management development program together for 7 months. During that timeframe we were able to become familiar with each others work habits. Our company ha a set of core values that its looks for in each employee, such as, honesty, integrity, reason, independent thinking, productivity, justice, pride, self-esteem, teamwork and reality. I think Timo exemplifies these qualities in his day- to day life.

Additionally, since Timo has left and started his own business, we still keep in contact with each other. He has been diligently been building his business. We wanted to work for himself so he can spend more quality time with is family. Family ties are very important to him. He is very protective and concerned about his siblings and would go to the ends of the earth to help his family. He has always been trustworthy and loyal.

I feel confident is saying that he is capable of handling any situation with selflessness and responsibility.

Sincerely,

Michelle Hammonds

# EXHIBIT H



**UNITED WAYS TRADING FZCO**

P.O.Box: 261409
Jebel Ali Free Zone
Dubai-UAE.
Office: LOB 13, G 22
Tel: +971-04-3605146
Fax: +971-04-3605147
E-mail: pbanguli@yahoo.fr

October 25th, 2007

To Whom it May Concern:

I am writing this letter to support a good friend and business associates of mine Timo Ntoto. I have known Timo for a little more than 7 years. I met him while attending graduate school in The USA at American University in Washington, DC. I am grateful for knowing such a wonderful individual. Indeed Timo has helped me achieve financial growth and economic security when I approached him for assistance with my personal finance. As a young graduate he has taught me the value of good credit and financial literacy.

I am currently pursuing a career in international business out of Dubai, UAE. I have maintained a very solid relationship with Timo, who is now as close to me as a brother would be. Recently, I was introduced to a couple of business men who have been doing business with Timo out of Dubai. Not to my surprise these individuals had only praises for him. They enjoyed his very gifted and pleasant personality. Timo is truly a person with an international dimension and posses a unique ability to level up, connect, and care for any person from any race, gender or geographical origin. I can attest that he is really a "citizen of the world with a huge heart". Indeed while intelligent and hard working from the outside, Timo is humble, caring and encouraging from the inside. He has been a source of inspiration; and I have looked up to him as a role model.

Lately he has opened up to me about the chaotic time he was going through. I was deeply saddened to know about his troubles; however, I know for sure that even the most intelligent human beings are not sometime exempted from poor judgment and decisions. As a responsible individual, I know that Timo will go above and beyond to restore any wrong doing if given the opportunity. Therefore, as a best friend I stand by his side, praying for positive resolution of his situation.

I will be more than happy to share any additional information about Timo.

Best regards,

Christian Banguli
United Ways Trading
Marketing Manager
P.O. Box: 261 409
Jebel Ali Free Zone
Dubai, United Arab Emirates
Mobile: +971 50 859 3794
Office: +971 4 881 1271
Fax +971 4 881 1274
Email: Christian@unitedways.biz
URL: www.unitedways.biz



# EXHIBIT I

October 24, 2007

Re: My nephew Timo Ntoto

To Whom it May Concern:

I am Timo's uncle; I am a Canadian citizen, I live in Ontario, Canada. I witnessed Timo's birth in 1975, and I want to respectfully tell you about his growing up and the wonderful man he is. Timo was borned and raised in a challenging, yet affectionate and caring family. Since his young age his mom, who is my sister, has raised him with values such as love, compassion, respect, devotion, honesty, responsibility, and honor. I know that Timo has kept his mom teachings deep in his heart and has tried to adhere to those values while growing up.

Coming from a developing country, Timo has witnessed poverty and suffering first hand through his less fortunate neighbors, friends and other family members. He recognize that It is a privilege to live in a in a great place such as America. He has a big heart; he is always ready to help his fellow human beings.

I am heartbroken by his troubles. His motivation to help other fellow human beings was noble; unfortunately he chose the improper way. However, I know that his decision was based on a very poor judgment and never out of any mean spirit or motivated by any destructive greed.

Yet, all those things are making him the wonderful person he is: loving and caring enough to want to help others when he can; human and naïve enough to make serious mistakes, still courageous, honest and responsible enough to come forward to face this situation while he could have cowardly run away.

As his uncle, I have been supporting him emotionally so he can find comfort in these troubles times of his life. I pray that he will be given the opportunity to make things right.

If I can be of any help, please don't hesitate to call me at 1-613-834-8637.

Sincerely,

Jean Hubert Lupaya

1965 Summerfield Crescent

Ottawa, KRC 7b5,

Ontario, Canada

# EXHIBIT J

October 25, 2007

To Whom It May Concern:

Re: **Timo Ntoto**

I have always known Timo as a hardworking and trustworthy person. As a banker, Timo was very passionate about seeing his peers; client and other people around him succeed. I have much praise for his willingness to put his time, his knowledge and relations at the service of people who were in need of it.

Timo has been a great source of inspiration and support in the African community. He has always been very sensitive to the different issues challenging the African community, such as immigration issues, affordable housing, and financial literacy. His vision and passion, has allowed him to make great contribution to his community by helping many Africans to economically grow, do well and financially excel and become positive citizen in America.

In my dealing with him, he has consistently proven himself to be also very reliable, knowledgeable, and genuine. I definitely have much respect for Timo and will not hesitate to describe him as a "Good Guy".

If you have any questions regarding Timo's character, please contact me at 202-746-1212.

Victor Onyeoziri
532 Powhatan Place, NW
Washington, DC 20011

# EXHIBIT K

Kavira I. Haone

5121 Wallingford Drive

Raleigh, NC 27616


October 22, 2007


To Whom It May Concern:

I have known Timo Ntoto for almost ten years. In those ten years I have been most impressed by his ethic and integrity.

I have come to know Timo while he was yet a student at UNCC, charlotte, NC. Already then, he distinguished himself from the rest of the students in that he was completely dedicated to succeed in his studies. He didn't just want to make his parents -back home in Africa- proud, he also wanted to be able to one day take care of them. He studied hard and worked even harder. It was no surprise to hear a few years later that he had the position of Assistant Vice president at BB&T -just as he had mapped it a few years back. Timo's determination is truly inspiring.

At all times, Timo has demonstrated integrity and truthfulness in his relationship. He is the type of person who will "tell it the way it is" when you need a reality check. He is the one who will tell you how to get your finances in order (given his background) but he is also the one who will generously give of his time and resources to friends in need.

His love for his parents and siblings is quite remarkable. He has quite a sense of responsibility. I am truly proud to count him as my friend.

Please feel free to contact me if you have any questions about this letter.


Sincerely,

Kavira I. Haone

919-264-0661

# EXHIBIT L

Friday, October 5, 2007

Re: Timo Ntoto

To Whom It May Concern:

My name is Chris Amaize , I have known Timo Ntoto since 2003.  I have referred a lot of business to Timo, including my friends, family members, colleagues for their financial needs.  All these persons have always given positive feedback from their interaction with him. All have praised his professionalism; his straightforward personality and his willingness to help other people to succeed.

I can definitely guarantee that their praises were well founded, since I have had the same great experience while dealing with Timo regarding my personal finance.

I have also known Timo as a lively and brave person, animated with the desire to pursue a career in international development.  He has been committed to put his knowledge,   experience and contacts in the USA towards helping local and developing communities in Africa.  I commend his vision and inspiration to help people in need in those communities to improve their lives.

Timo and I have maintained a good and solid friendship.  At a personal level, I can categorically refer to him as a pleasant person, loving and caring person well rounded person.  I am privileged to have such a friend.

 If you have any questions, I can be reached at 202-744-9932.


Best regards,

Chris Amaize

14014 Oldstage Road

Bowie, MD 20720

202-744-9932

# EXHIBIT M

October 25, 2007

To Whom It May Concern:

I have known Timo very well since 2001. I can definitely describe him as a very nice and likeable person, and easy to get along with. Timo is a very committed individual always ready to provide support and assistance to any person who is in need of it. Timo has helped many people, in the African community, including myself, to achieve their goals of financial security in America.

 He has never hesitated to put his time, his knowledge and relations at the service of people who were in need of it. Several people are very grateful for his the contribution he made in their lives.

Timo is also a very family oriented person. His family hold a center place in his live. It is a source of balance and inspiration for him. He is also the kind of person who goes above and beyond to ensure that his family members are doing well.

Timo has made the pride of his parents. While he has come in America to pursue an education, a career and build a better life for himself, he has never forgotten his roots. Indeed Timo, has always financially and emotionally supported his family members. Timo has always encourage his sibling to do well in school/college, and he has always been concerned with his parents well being and health.

He is very dependable and responsible individual, always animated with the desire to make the right thing for him, his friends and family as well as his community.

His caring personality is also his biggest weakness. Sometime Timo cares too much and he is too trusting. Unfortunately, we live in a world where people would not hesitate to take advantage of those two qualities.

I can sincerely say that I value his friendship and I will always wish the best for him in the future. If you have any questions regarding Timo's character, please contact me at 202-425-3800.

Sincerely,

Tony Akhigbe

14423 Kendallwood Drive

Upper Marlboro, MD 20774